MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Office of General Counsel
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA ELAINE LOUGHNEY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:25-cv-00454-CSK<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from Monday, June 2, 2025 to Wednesday, July 2, 2025. This is Defendant's first request for an extension. Counsel for Plaintiff has no objection to Defendant's request for an extension.

    Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its

Stipulated Motion for Extension of Time

1

response. Counsel has multiple merit briefs currently due in district court cases over the next week and will unexpectedly be out of the office tomorrow. Given competing workload requirements an extension until June 2, 2025 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

DATE: May 29, 2025      By:   *s/ Oscar Gonzalez de Llano*
                              OSCAR GONZALEZ DE LLANO
                              Special Assistant United States Attorney
                              Attorneys for Defendant

Respectfully submitted,

DATE: May 29, 2025      By:   *s/ Francesco P. Benavides*
                              FRANCESCO P. BENAVIDES
                              Law Offices of Francesco Benavides
                              (*as authorized by email)
                              Attorney for Plaintiff

## ORDER

Pursuant to the parties' Stipulated Motion, IT IS SO ORDERED that Defendant is granted an extension, up to and including July 2, 2025, to respond to Plaintiff's Motion for Summary Judgment.

DATED: May 30, 2025

*/s/ Chi Soo Kim*
The Honorable Chi Soo Kim
UNITED STATES MAGISTRATE JUDGE

5, long.0454.25