UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCIA ELAINE LOUGHNEY,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No.  2:25-cv-00454-WBS-CSK

ORDER

(ECF No. 13.)

On February 19, 2026, the magistrate judge filed findings and recommendations (ECF No. 13), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On March 03, 2026, Plaintiff filed objections to the findings and recommendations (ECF No. 14), including objecting that the ALJ failed to provide clear, convincing, and well-supported reasons for discounting Plaintiff's allegations of pain and physical dysfunction, that the ALJ erroneously rejected the medical opinions provided by A. Khong, M.D. and Gregory Helbig, M.D., that the ALJ improperly classified Plaintiff's past relevant work according to its least demanding function, and that the ALJ provided inconsistent testimony regarding the sitting requirements of the secretary occupation. Pl.'s Obj. at 4-11.  The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review. The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings

1

and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 13) are ADOPTED IN FULL; and

2. Plaintiff's motion for summary judgment (ECF No. 6) is DENIED;

3. The Commissioner's cross-motion (ECF No. 9) is GRANTED;

4. The final decision of the Commissioner is AFFIRMED; and

5. The Clerk of the Court is directed to CLOSE this case.

Dated:  March 12, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/loug25cv0454.JO.obj.CJRA

2